No. 97–1801. POLLIN v. OREGON DEPARTMENT OF REVENUE. Sup. Ct. Ore. Certiorari denied.

No. 97–1804. TOTH v. MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1819. LAMBING v. GODIVA CHOCOLATIER. C. A. 6th Cir. Certiorari denied.

No. 97–1827. SMITH v. SUPREME COURT OF COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 97–1831. WORTHY v. COLLAGEN CORP. Sup. Ct. Tex. Certiorari denied.

No. 97–1833. BIALCZAK ET AL. v. BARNETT ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1843. KELLER COMMUNICATIONS, INC. v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 97–1858. SCHWARZ v. KOGAN, CHIEF JUSTICE, SUPREME COURT OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1872. ARSHAL v. DALTON, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 97–1877. SHOEMAKER v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1884. CUMMINGS v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 97–1885. GARRITY v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 97–1887. VINGI v. RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari denied.